Enrico Pavao

SATF

P.O. Box 5244

Corcoran Ca 93212

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Enrico Pavao
_____ Plaintiff,

v.

(1) John and Jane doe 1-20

(2) _____

(3) _____

(4) _____
_____ Defendants.

CASE NO. 1:21-cv-01635-EPG
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343 (a), 42 U.S.C. § 1983.
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution city where violation occurred: Sacramento County Main Jail / Sacramento

## B. DEFENDANTS

1. Name of first Defendant: John and Jane doe 1-20 The first Defendant is employed as:
Employees at Sacramento County Main Jail
   (Position and Title) (Institution)

2. Name of second Defendant: _____ The second Defendant is employed as:
_____ at _____
   (Position and Title) (Institution)

3. Name of third Defendant: _____ The third Defendant is employed as:
_____ at _____
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____ The fourth Defendant is employed as:
_____ at _____
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? __1__ Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Enrico Pavao v. UNKNOWN
      2. Court and case number: 2:20-CV-01693-TLN-CKD
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) dismissed

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: (42 U.S.C. $^3$ 1983  14th Amendment to the U.S. Constitution)

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other
   - ☐ Medical care
   - ☐ Retaliation

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   See pages 8·19

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   See Pages 8·18

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff was threatened and intimidated by defendants.

CLAIM II

1.   State the constitutional or other federal civil right that was violated (42 U.S.C. § 1983 14th Amendment to the U.S. Constitution)

2.   Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.

☑ Basic necessities        ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3.   Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

See Pages 19-21

4.   Injury. State how you were injured by the actions or inactions of the Defendant(s).

See Pages 8-18

5.   Administrative Remedies.
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                               ☑ Yes  ☐ No
   b.   Did you submit a request for administrative relief on Claim II?        ☑ Yes  ☐ No
   c.   Did you appeal your request for relief on Claim II to the highest level?  ☑ Yes  ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ~~there is no~~ ~~corrective~~ ~~action~~ ~~on~~ Plaint iff was threatened and intimidated by defendants.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated (42 U.S.C. §1983 14th Amendment to the U.S. Constitution)

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.

☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☒ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

See Pages 21-23

4. Injury. State how you were injured by the actions or inactions of the Defendant s

See Pages 8-15

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?                  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?        ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Plaintiff was threatened and intimidated by defendants. And Medical Never let Plaintiff to what was wrong with him Fully.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## D. CAUSE OF ACTION

### CLAIM IV

1. State the constitutional or other federal civil right that was violated: **(42 U.S.C §.1983 1st Amendment to the U.S. Constitution)**

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.

   ☐ Basic necessities       ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property         ☐ Exercise of religion     ☒ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   **See Pages 23-24**

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   **See Pages 8-15**

5. Administrative Remedies:

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?       ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim **IV**?       ☐ Yes   ☒ No

   c. Did you appeal your request for relief on Claim I to the highest level?       ☐ Yes   ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **Plaintiff was threatened and intimidated by defendants. Plaintiff could have died from the retaliation from defendants.**

6

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

*See Page 25*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 - 4 - 2021
DATE

*Enrico Paval*
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Statement of Claim
Section D cause of action.

1. At all times relevant Plaintiff was a Pretrial detainee incarcerated in Sacramento county Main Jail. All Claims 1-4 are recorded and are on (ESI) Electronically Stored information.

2. Defendants violated Plaintiffs 1st and 14th amendment rights. Different Claims do arise from the same transaction, Occurrence, or Series of transaction or Occurrences".

3. Plaintiff was mentally ill, Physically disabled and Suicidal.

4. Plaintiff was housed on H east then was transfered to 3 west one zone because he was suicidal.

5. Plaintiff had a STD and Plaintiffs Penis was stuck to his underware from gonorrhea. Plaintiff also has foreskin witch made matters worse and Plaintiff stink.

6. On 3 west one zone Plaintiff informed defendants of his STD. Plaintiff was allowed one shower to clean his body from discharge.

7. Plaintiff kept asking for Medical, Clean clothing and showers and to speak to a superviser above them and for defendants to give him a grievance.

8. Plaintiff asked for a grievance. Filing or threatening to file a grievance is engaged in Protected speech.

9. Defendants said that Plaintiffs complaints were Made while being out of bounds and 3 defendants approached Plaintiff and told him he was being transfered to a More restricted area which is an adverse action and did not have a legitimate, Penological Purpose or goal.

8.

10. Defendants actions chilled Plaintiffs exercise of his first Amendment rights.

11. Defendants adverse actions were retaliatory Motive.

12. Plaintiff was handcuffed by defendants and sent to a worse Part of the jail on the booking Floor Suicide watch. All Actions are stored on (ESI Electronically Store information.

13. On the booking Floor Plaintiff was told to remove his Solid Clothing he had on and to Put on a Suicide Suit that looked like a dress with no undergarments on while Plaintiff had a STD discharging from his Penis.

14. Defendants knew of Plaintiffs STD because he tod them so and showed them

15. Plaintiff told booking Floor defendants that he had open wounds on the bottom of both feet and he needed to stay clean and to see medical.

16. Plaintiff asked to keep his shoes on to stay clean from STD discharge and was told no.

17. Plaintiff was told to go into the booking Floor Suicide Cell with two other inmates while his Penis was discharging STD which is unsanitary and put Plaintiff in a Very unsafe situation.

18. Plaintiff has life long disabilities from a motor Vehicle accident in 2016 and receives Social Security for his disabilities. Plaintiff has been ADA (American Disability Act) in Custody Multiple times Prior to this arrest of 10-15-2019.

19. Plaintiff is a Fall risk and high risk for fractures due to Osteopenia in Spine and hips. Osteoporosis of

9.

left knee.

20. Plaintiff is disabled and was put in a cell that was not compliant with ADA rules.

21. Plaintiff was put in a cell were Plaintiff was not provided non-skid feet coverings for ambulation.

22. Trip hazards were not eliminated in booking floor suicide watch cell. Inmates were laying on the floor.

23. Plaintiff at times was not provided a clear path to the bathroom.

24. None of Plaintiff personal needs like toileting, showers, soap, were proactively met.

25. Plaintiff was not given the chance to utilize appropriate mobility aids and or equipment (ie cane, wheelchair, back brace in or outside the suicide booking floor cell.

26. Plaintiff was not provided assistance and was left alone while ambulating. Plaintiff informed arresting cops of his disability.

27. Defendants actions were ment to harm Plaintiff. He did not belong in the booking floor cell.

28. Defendants unlocked the booking floor suicide cells door so trustee could issue breakfast, lunch and dinner to Plaintiff.

29. Lunch was given to Plaintiff hand to hand.

30. Defendants were aware of Plaintiffs std and that he needed soap to wash his hands everytime he

ate or opend a milk for breakfast or want to the restroom

to balmivement or urinate

31. Plaintiff holds his Penis to urinate, No soap was given

for along period of time. Plaintiff lost track of time,

32. Plaintiffs feet were blackend by the cells Filth, Every

chance Plaintiff got he begged Passer by s for help

(Defendants)

33 Defendants were making fun of Plaintiff by failing

to let him See medical and booking Floor Sheriff bringing

Plaintiff two bandaids for his dirty feet with open wounds

on them.

34. Plaintiff was Finally given one bar of soap after

multiple shift charges.

35. Plaintiff rinsed his Penis off in the sinks area

of booking floor Suicide watch Cell, He was yelled at for

doing so.

36. Defendants did not want Plaintiff Clean from

STD discharge all over his body.

37. Defendants had a trustee clean the cell sink

with disinfectant because they knew of Plaintiffs

STD. And the trustee also mopped the cell floor because

of discharge.

38. Defendants were made aware of STD stains all over

Plaintiffs Suicide suit inside and out by Plaintiff.

39. The soap was contaminated after a one time use.

40. On 10-23-2019 Medication was ordered to treat

Plaintiff for STD. Medical was unable to give Plaintiff

the injection due to Safety reasons Per booking

1  Staff (Defendants).

2  41. Defendants ignored Plaintiffs complaints of pain
3  and faild to get or allow treatment.

4  42. There was no reason for delay Plaintiff was in
5  Pain, Suicidal had STD discharge all over his
6  body.

7  43. Plaintiff had no disaplanary actions or any
8  pending.

9  44. Mental health staff was informed of Plaintiffs
10  issues twice a day while in suicide watch cell.
11  on booking floor.

12  45. Plaintiff was not allowed shoes on booking floor
13  Suicide watch cell Defendants let or allowed other
14  inmates to ware shoes in the cell because Defendants
15  knew of Plaintiffs STD and cuts/open wounds on
16  bottom of his feet.

17  46. Defendants failure to get medical attention caused
18  Plaintiffs Condition to worsen as time or days went
19  on.

20  47. There was never a Second bar of soap given to
21  Plaintiff.

22  48. Days later Plaintiffs body went into extream
23  Rash. Plaintiffs body would bleed and ooze a
24  Clear liquid that would ooze down his legs then
25  eventually from everywhere on his body.

26  49. Plaintiff hands showed signs of joint symptoms.
27  He had problems gripping his coin. and his hands
28.  looked Burnt.

50. After a court order to see what was wrong with Plaintiff was made, Plaintiff was told in February 2020 that the rash, bleeding, oozing clear liquid and constant itching was from Human Parvo Virus B19.

51. There are facts that cannot be explained by Plaintiff in clinical manifestations, diagnosis, epidemiology, transmission, clinical syndromes, Pathogenesis and Microbiology of Human Parvo Virus B19 with out the help from Experts on what it did to Plaintiffs body, and a lawyer to explain it.

52. Plaintiffs skin is scared from rash

53. Plaintiffs Left Leg would ooze/drain from being infected. Clear liquid would ooze from Plaintiffs navel

54. Defendants never rushed Plaintiff to the hospital.

55. Plaintiff suffered for the majority of his custody Period in Sacramento County Jail Main.

56. Defendants would get tired of Plaintiffs cries for help. Plaintiff would Push his emergency button in cell 304 4 East almost every day about medical reasons Pertaining to pain and a constant itch from a Extream rash, breathing treatments, Showers from being in soild clothing and the need for Fresh/clean clothing.

57. Plaintiff was seen by Medical S/a hip chronic Pain and knee pain related to Motor Vehicle accident. Plaintiff has trouble ambulating up and down stairs and requested visits to be on a safe level to walk on.

58. Plaintiffs bones are weak and he is a fall risk and high fracture risk.

59. Defendants on 4Th Floor East told Plaintiff that he had to

1 walk upstairs to visit knowing Plaintiff was ADA, a fall risk,
2 high fracture risk, had a cane to help with mobility impairment,
3 and a lower tier/lower bunk chrono.
4 60. Defendants on 12-3-2019 were told by Medical that
5 Plaintiff was requesting to have visits down stairs on 2nd
6 Floor Medical due to problems with ambulating up and
7 down stairs. A doctor ordered Lower-bunk/Lower tier and a
8 cane for length of stay.
9 61. Medical spoke with Custody regarding visits on 2nd Floor
10 Medical. Plaintiff was still told he had to walk upstairs to
11 visit Downstairs when he was done and recreation and shower
12 the same while being ADA on 4TH Floor East.
13 62. Plaintiff was breathing problems and was denied on 1-3-2020
14 with the next swift come on.
15 63. Plaintiff pushed the emergency button in cell 304  4 east
16 and ask for his breathing treatment. Plaintiff was told he
17 didn't have breathing treatments.
18 64 Plaintiff has been to breathing treatments before.
19 65. Plaintiff specifies that conditions Persisted during his
20 Custody Period in the Sacramento county Jail main.
21 66. Plaintiff was reluctant to file other grievances against
22 challenging other incidents involving defendants based on
23 defendants conduct and Past experience with defendants
24 breaking Plaintiffs arm and being cuffed up by sheriffs
25 defendants multiple times before.
26 67. Plaintiff has filed grievances complaining of defendants
27 conduct towards his rights.
28. 68 Some of Plaintiffs grievances were never answered

14.

. or given legal numbers. Some were signed by defendants with incorrect dates.

69. Plaintiff told Defendants that he wanted them to kill him on booking floor. The way Plaintiff was treated by defendants was that they were assisting in Plaintiffs demise.

70. Defendants denied and delayed Plaintiffs access to medical treatments.

71. Defendants violated Plaintiffs rights by making him a threat to his own Safety by feeding him and not allowing him to wash his hands of STD, keeping Plaintiff in soiled clothing & bedding.

72. Defendants were more worried about cleaning the cells sink than allowing Plaintiff to be clean.

73. Plaintiffs severe pain in Penis and later with rash on Penis, body, legs, hands, feet affected his daily activities.

74. Defendants failure to get medical attention caused Plaintiffs Condition to worsen, Safety concerns and open to secondary infection.

75. Defendants never quarantined Plaintiff while he was contagious/infectious.

76. Defendants acted in conscious disregard of excessive risk of harm to the health and safety of Plaintiff by their actions

77. Defendants refusual and delay of medical attention, exposed Plaintiff to the risk of temporary and permanent damage. Plaintiffs body and Penis are scared from extream Rash and infection.

78. Defendants knew of Plaintiffs STD on 3rd floor lone zone

1. West. Defendants were tired of Plaintiffs complaints.
2. 79. Defendants took Plaintiff to a more restricted/worse
3. Part of the Sacramento County Main booking floor and
4. treated Plaintiff bad while in Suicide watch.
5. 80. 2-10-2020 Court orders Jail Medical Doctor to visit
6. Plaintiff if possible the same day to check on Plaintiffs
7. rash or any other medical issue.
8. 81. A blood test was done at the Jail, when the lab report
9. came back from Quest Diagnostics - Infectious Disease it
10. states results from any one IgM assay should not be used
11. as a sole determinant of a current or recent infection.
12. Because IgM test can yield false positive results
13. and low levels of IgM antibody may persist for months
14. post infection, reliance on a single test result could be
15. misleading. If an acute infection is suspected, consider
16. obtaining a new specimen and submit for both IgG and
17. IgM testing in two or more weeks. To diagnose Current
18. infection, Consider Parvovirus B19 DNA, PCR.
19. 82. The Court Ordered Medical and the lab gave
20. instructions but Defendants chose not to help Plaintiff.
21. 83. Defendants denied and delayed Plaintiff access to
22. Medical treatments and orders From a doctor.
23. 84. Defendants would watch Plaintiff struggle with
24. a issued suicide suit that didn't fasten correctly. The
25. suit would fall off and Plaintiffs body would be exposed
26. when it didn't have to be.
27. 85. Plaintiff was being watched by defendants on
28. their monitor through the suicide cell camera as Plaintiff

16.

ate food with STD on hands.

86. Everywhere Plaintiff went in Sacramento County Main Jail Defendants found a way to Punish him.

87. Defendants would do a check up on Plaintiff every 15 minutes in Suicide watch. Defendants would sign there names on a sweet of Paper outside the cell to confirm that they look in the cell and Plaintiff was ok. Plaintiff was not well or safe.

88. Plaintiff had to recieve food hand to hand for lunch in suicide cell. Open Milk with hands and eat breakfast and dinner while having dirty hands from STD and bal movement on them.

89. Plaintiff was wheel chaired to court because of ADA issues but was told on 4th floor East that he had to climb the stairs to visit if he wanted to visit.

90. Defendants acted in conscious disregard of an excessive risk of harm to the health and safety of Plaintiff Plaintiff was and is in fear for his life.

91. Defendants Placed Plaintiff in a situation that caused injury due to unavoidable Causes like . Consuming gonorrhea and the fact that he had to step in it with open wounds on his feet.

92. Plaintiff is traumatized by defendants actions and from them Plaintiff is now at the Mental Health level of Care EOP "Enhanced OUT Patient".

93. There is video of everything Plaintiff has alleged about defendants. And how Maliciously and

1   Sadistically they treated Plaintiff for the Purpose of
2   Punishment, Causing harm or death.
3   94. On information and belief, defendants that were
4   Supervisors on 4th Floor East, 3rd Floor West cone zone,
5   and booking floor for suicide watch cell failed to
6   Properly train defendants and to ensure that they do
7   not use excessive force against Plaintiff who was
8   a Pretrial detainee that didn't do anything wrong but
9   was threatened and intimidated by Defendants.
10                    CLAIM I
11                  Due Process
12
13   (42 U.S.C. §1983 14th Amendment to U.S. Constitution)
14
15   95. The allegations contained in Paragraphs 1-94, inclusive, are
16   hereby incorporated by reference.
17   96. Defendants violated Plaintiffs due Process rights
18   to be free from excessive force by officers.
19   97. Defendants violated Plaintiffs right to be free from
20   Punishment guaranteed to the Plaintiff by the 14th
21   Amendments due Process Clause.
22   98. Defendant's wrongful actions herein are in violation of
23   42 U.S.C. §1983 because they have deprived Plaintiff
24   of rights, benefits, and Privileges secured by the
25   United States Constitution.
26   99. As a Proximate result of defendants violation of
27   Plaintiff's due Process rights while in Sacramento County
28.  Main Jail. Plaintiff has suffered, is suffering, and will continue to suffer

18.

irreparable damage from Excessive force by officers.

100. The actions and conduct of defendants demonstrates that they did not care of Plaintiffs rights.

101. Defendants acted under color and authority of state law.

102. jail officials have a duty to ensure that detainees are provided adequate shelter, food, clothing, Sanitation, Medical Care, and Personal safety.

103. Defendants act resulted in the denial of the Minimal Civilized Measure of life's necessities.

104. Plaintiff establishes that the restrictions imposed by his Confinement Constituted Punishment and they were arbitrary or Purposeless or excessive in relation to their Purposes.

105. A actual controversy exists between Plaintiff and defendants concerning their rights, Privilegs and obligation.

106. Defendants knew or should have known that their conduct, attitudes and actions created an unreasonable risk of Serious harm to Plaintiff.

107. Defendants actions were willfull, intentional Malicious, oppressive, Sadistic and Conscience disregard to Plaintiffs rights entitling Plaintiff to an award of exemplary damages.

108. Defendants John and Jane doe that worked booking floor Suicide watch are legally responsible for the safe Custody of all inmates including Plaintiff. Defendants are being sued in their individual and offical capacites.

# CLAIM II
## Due Process

(42 U.S.C. § 1983 14Th Amendment to U.S. Constitution)

109. The allegations contained in Paragraphs 1-108, inclusive, are hereby incorporated by reference.

110. Defendants violated Plaintiffs due Process because restrictions imposed by his confinement constituted Punishment.

111. Defendants wrongful action alleged herein are in violation of 42 U.S.C. § 1983 because they have deprived Plaintiff of rights, benefits, and Privileges.

112. As a Proximate result of defendants violation of Plaintiff's due Process rights while in sacramento County Main Jail Plaintiff has, is and will continue to suffer irreparable damage based on defendants Actions.

113. The actions and conduct of defendants demonstrates that they did not care of Plaintiffs rights or life.

114. Defendants acted under color and authority of state law.

115. As a direct and forseeable result of defendants violation of Plaintiffs due Process Plaintiff has suffered, is suffering and will continue to suffer damages to his body from Conditions of his confinement while at sacramento County Main Jail.

116. Defendants acts resulted in the denial of the Minimal Civilized Measure of life's necessities.

117. Plaintiff establishes that the restrictions imposed by his confinement Constituted Punishment.

118. Defendants have a duty to ensure that detainees are Provided adequate shelter, food, clothing, Sanitation,

20.

1   Medical Care and Personal Safety.
2   119. Factual Controversy exists between Plaintiff and defendants
3   Concerning their rights, Privilegs and obligation.
4   120. Defendants knew or should have known that their
5   Conduct, attitudes and actions created a unreasonable risk
6   of harm to Plaintiff.
7   121. Defendants actions were Ment to Punish, they were willful,
8   intentional, Malicious, oppressive, Sadistic and Conscience
9   disregard to Plaintiffs rights entitling him to an award
10  of exemplary damages. They were also arbitrary, Purposeless and excessive.
11  122. Defendants John and Jane doe that worked the 3rd Floor West
12  Cone zone, Booking floor Suicidal Cell, 4th Floor East and 2nd
13  Floor Medical are legally responsible for the safe custody
14  of all inmates including Plaintiff. Defendants are being sued
15  in their individual and offical capacites.
16
17              CLAIM III
18             Due Process
19
20  (42 U.S.C. § 1983 14th Amendment to U.S. Constitution)
21  123. The allegations contained in Paragraphs 1-122, inclusive, are
22  hereby incorporated by reference.
23  124. Defendants violated Plaintiffs due Process rights that are guaranteed
24  to the Plaintiff by the 14th amendment of the U.S. Constitution.
25  125. Plaintiff has the right to adequate Medical care as a Pretrail
26  detainee under the 14amendment due Process Clause.
27  126. Defendants Wrongful actions alleged herein
28. are in violation

21.

1   of 42 USC. § 1983 because they had deprived Plaintiff of rights,

2   benefits and privileges secured by the united States Constitution

3   127. As a proximate result of defendants violation of Plaintiffs due

4   Process rights while in sacramento county main jail Plaintiff

5   has, is and will continue to suffer irreparable damage based

6   on defendants actions.

7   128. The actions and conduct of defendants demonstrates that

8   they did not care of Plaintiffs rights or life.

9   129. Defendants acted under color and authority of state

10  law.

11  130. As a direct and forseeable result of defendants violation

12  of Plaintiffs due process Plaintiff has sufferd, is suffering

13  and will continue to suffer damages to his body from

14  conditions of his confinement and medical not doing there

15  job correctly while at sacramento county Main Jail.

16  131. Defendants acts resulted in the denial of the minimal

17  civilized measure of life's necessities.

18  132. Plaintiff establishes that restrictions imposed by his

19  confinement constituted Punishment.

20  133. It is obvious that even a lay person would easily

21  recognize the necessity of sending Plaintiff to a outside

22  Emergency room at a hospital.

23  134. Plaintiffs medical condition of Parvo Virus B19 disabled

24  him and interfered with daily activities, and the exist-

25  ence of chronic and substantial Pain are noted.

26  135. Defendants have a duty to ensure that detainees are

27  Provided adequate Shelter, Food, clothing, Sanitation, Medical Care.

28. and Personal safety.

22.

136. A actual Controversy exists between Plaintiff and defendants Concerning their rights, Privileges and obligation.

137. Defendants knew or should have known that their Conduct, attitudes and actions created a unreasonable risk of serious harm to Plaintiff.

138. Defendants actions were meant to Punish. They were willful, intentional, Malicious, oppressive, Sadistic and Conscience disregard to Plaintiffs rights entitling him to an award of exemplary damages

139. Defendants John and Jane doe who worked 2nd Floor Medical and sick call visits on 4east are legally responsible for Proper Medical care for Plaintiff. Defendants are being sued in their individual and offical capacites.

# CLAIM IV

(42 U.S.C. § 1983 1st Amendment to the U.S. Constitution)

140. The allegations Contained in Paragraphs 1-139, inclusive, are hereby incorporated by reference.

141. Defendants violated Plaintiffs due Process. For under the due Process Clause a detainee may not be Punished Prior to an adjudication of guilt in accordance with due Process of Law.

142. Defendants wrongful action alleged herein are in violation of the 1st Amendment to Plaintiff rights, benefits and Privileges Secured by the United States Constitution.

23.

143. As a proximate result of defendants violation of Plaintiffs due process rights while in Sacramento County Main Jail Plaintiff has, is and will continue to suffer irreparable damage based on denial of rights.

144. The actions and conduct of defendants demonstrates that they did not care of Plaintiffs rights.

145. Defendants acted under color and authority of state law.

146. As a direct and forseeable result of defendants violation of Plaintiff 1st Amendment due process Plaintiff has suffered, is suffering and will continue to suffered damages to his body from Retaliation and being Punished by defendants on booking floor suicide watch cell, 3rd Floor Cone zone west, 4th floor East and Medical Care.

147. A actual controversy exists between Plaintiff and defendants concerning their rights, privileges and obligation.

148. Defendants actions were willful, intentional, Malicious, wanton and despicable, oppressive, conscience disregard to Plaintiffs rights entitling Plaintiff to an award of exemplary damages

149. Defendants are Employees for the County of Sacramento and work at the Sacramento County Main Jail.

150. Defendants John and Jane doe who worked on 3rd floor west cone zone, Booking Floor suicide cell, 4th Floor East and 2nd Floor Medical are legally responsible for the Retaliation on Plaintiff. Defendants are suppose to keep inmates safe And Are being sued in their individual and offical capacites.

151. Defendants knew or should have known that their conduct, attitudes and actions created an unreasonable risk of serious harm to Plaintiff.

24.

# PRAYER FOR RELIEF

15a. WHEREFORE, Plaintiff respectfully Prays for relief as follows on Claims I, II, III, IV.

1. Issue a declaratory Judgment that the defendants actions complained of herein violate Plaintiffs rights under the U.S. Constitution.

2. Award Plaintiff monetary damages, Compensatory damages, Punitive damages and Exemplary damages in an amount to be determined at trial or by Judge

3. Award Plaintiff if represented by a attorney a fee award for attorneys fee.

4. Make defendants Pay for all costs of the Suit; and

5. Award such other and further relief as the Court deems Just and Proper.

<u>Enrico Pavan</u>
Plaintiff

<u>10·11·2021</u>
Date

# DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by Jury on all issues triable to a Jury.

10-11-2021
Dated

Respectfully Submitted

Enrico Pavao
Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

Eastern District Court of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ REPLY TO:
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ REPLY TO:
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Enrico Pavao BL7923
CALIFORNIA SUBSTANCE ABUSE
TREATMENT FACILITY
P.O. BOX 5244
Corcoran, CA 93212-5244

Case Number: | n/a

RE:  Pleadings and or Correspondence received on :  | 10/18/21

☒  **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules
for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s)
can not be filed because your institution participates in the e-filing program with the court. Per
the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing
procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures,
please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

lr | | 10/18/21

Deputy Clerk         Date

INMATE NAME PRINT
CDC NUMBER
HOUSING UNIT YARD BUILDING NUMBER

Enrico Pavao
BL7923
G1-14-3L

## PROOF OF SERVICE BY MAIL

I UNDERSIGNED, CERTIFY THAT I AM OVER THE AGE OF 18 YEARS OF AGE   THAT I
CAUSED TO BE SERVED A COPY OF THE FOLLOWING DOCUMENT:

LEGAL/CONFIDENTIAL MAIL ADDRESSED TO:

UNITED STATES COURTS
OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA 501 I st, STE +200
SACRAMENTO, California  95814-2322

BY PLACING THE LEGAL/CONFIDENTIAL DOCUMENTS IN AN ENVELOPE  SEALING IT
BEFORE A CORRECTIONAL OFFICER  AND LEAVING IT IN THE CUSTODY OF THAT SAME
OFFICER AT THE CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE
PRISON (CSATF/SP) TO BE MAILED VIA THE UNITED STATES MAIL.

THIS HAS BEEN EXECUTED ON (DATE) 10-12-2021  AT CSATF SP ON
G  YARD.

I INMATE PRINT NAME AND CDC NUMBER Enrico Pavao BL7923
DECLARE UNDER THE PENALTY OR PERJURY UNDER THE LAW OF THE STATE OF
CALIFORNIA THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

SIGNATURE OF INMATE

SIGNATURE OF HOUSING OFFICER