UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO PAVAO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendants. | No. 2:21-cv-2082 TLN AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file a first amended complaint. ECF No. 16. This is plaintiff's third request for an extension of time. See ECF Nos. 12, 14, 16. In support of the request, plaintiff states that he has been having difficulty reliving the traumatic experience that is at issue in the complaint. ECF No. 1.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is GRANTED; and

2. Within thirty days from the date of this order, plaintiff shall file a first amended complaint.

Plaintiff is warned that absent extraordinary circumstances, no additional requests for an extension of time will be granted.

DATED: May 2, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE