1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ENRICO PAVAO,                               No.  2:21-cv-02082-TLN-AC

12                    Plaintiff,

13          v.                                    **ORDER**

14   UNKNOWN,

15                    Defendant.

16

17          Plaintiff, a state prisoner proceeding *pro se* and in forma pauperis, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 16, 2022, the magistrate judge issued findings and recommendations herein

21   which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 20.)  The order

23   recommends that this matter be dismissed because despite having been granted four thirty-day

24   extensions of time to file a first amended complaint, Plaintiff has failed to do so.  (ECF No. 20.)

25          Plaintiff has not filed formal objections to the findings and recommendations.  However,

26   after the magistrate judge's order recommending dismissal issued, Plaintiff a filed fifth motion for

27   an extension of time to file an amended complaint.  (ECF No. 21.)  Arguably, the motion—which

28   has since been denied by the magistrate (*see* ECF No. 22)—could be construed as objections to

                                                      1

the findings and recommendations.  The Court considers Plaintiff's motion as such and reviews it in conjunction with the reasoning behind the magistrate's subsequent denial of it.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations issued June 16, 2022, (ECF No. 20), are adopted in full, and

2.  This action is DISMISSED without prejudice.

**DATED:  July 18, 2022**

Troy L. Nunley
United States District Judge

2